IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. ) CASE NO. CR495-128
)
CHRISTOPHER GOLD, )
)
Defendant. )
)

## O R D E R

The Court has received notice by the Clerk of Court that there is an existing property bond in this case. However, this case has concluded and there is no reason for the bond to continue to be in effect. As a result, the Clerk of Court is **DIRECTED** to cancel the Deed to Secure Debt on the property located at 234 Briar Branch Drive, Jesup, Georgia, 31545. Further, the Clerk of Court is **DIRECTED** to send a copy of this order to the Clerk of the Superior Court of Wayne County. This Court requests that the Clerk of the Superior Court file this order under Joseph Watson and Lisa Watson in the grantor index.

SO ORDERED this 8th day of March 2018.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA